# United States District Court For The Western District of Pennsylvania

| | |
|---|---|
| RABBLE HOLDINGS, INC., | ) |
| | ) |
| Petitioner | ) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA SMALL BUSINESS ADMINISTRATION, | ) |
| | ) |
| Respondent | ) |

## COMPLAINT
### NOTICE OF APPEAL/PETITION FOR REVIEW

RABBLE HOLDINGS, INC., hereby petitions the court for review of the Order of the United States Small Business Administration Office of Hearings and Appeals denying Petitioners forgiveness of the Loan from Respondent under the emergency lending authority of the Paycheck Protection Program (the "**PPP**"), which was established by the Coronavirus Aid, Relief, and Economic Security Act (the "**CARES Act**"), Pub. L. 116-136, 134 Stat 281 (Mar. 27, 2020) (codified at 15 U.S.C. § 636(a)(36)) in that certain final decision and order dated August 11, 2022, which became final on September 10, 2022, a copy of which is attached as Exhibit "A'.

Date: October 10, 2022

MEYER UNKOVIC & SCOTT, LLP

By: _____
Robert E. Dauer, Jr.
Pa.I.D. #61699
<Attorney for Petitioner>
535 Smithfield Street, Suite 1300
Pittsburgh, PA 15222
red@muslaw.com
412-456-2835